UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PROBIR KUMAR BONDYOPADHYAY, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-03822 |
| | § | |
| THE U.S. SECRETARY OF DEFENSE, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation filed July 9, 2019 (Doc. #30) and Plaintiff's Objections (Doc. #34). The Magistrate Court's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Having considered the arguments and the applicable law, this Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

AUG 0 7 2019
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge